## *Sanders Aronova Grossman Woycik Viener & Kalant, PLLC*
Attorneys at Law
www.TheSandersFirm.com

**MAIL ALL CORRESPONDENCE TO:**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (833) 726-3377 (SANDERS)
Fax (516) 741-0799



June 27, 2022

By ECF
Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

      Re: Wilson Rodriguez and Ilialy Santos v. Calvin Gregory
       Civil Action No. 22-cv-2180 (VEC.)

Hon. Judge Moses:

The undersigned represents plaintiffs Wilson Rodriguez and Ilialy Santos in the above-referenced action.. This joint letter is being submitted by the parties in connection with the Court's Notice of Initial Conference in accordance with Fed. R. Civ. P. 16. which scheduled an in-person appearance for July 5, 2022 at 12:00 p.m. (DE 14)

The parties are jointly requesting an adjournment of the conference to August 3,2022 due to the fact that the attorney for the plaintiff will be out of the country and the attorney for the defendant has a previously scheduled vacation time with family for that day.

The parties have been discussing discovery issues and prepared a discovery schedule prior to the case being referred to a magistrate, and will be fully prepared to discuss the issues on the adjourned date.

Respectfully Submitted,

SANDERS, ARONOVA, , GROSSMAN, WOYCIK, VIENER &, KALANT, P.C.
Attorneys for Plaintiffs  Wilson Rodriguez and Ilialy Santos
  100 Garden City Plaza, Suite 500
  Garden City, N.Y. 11530

By: _____
  BARBARA E. MANES

Cc: Law Office of Eric D. Feldman
Attorney for Defendant
PO Box 2903
Hartford, CT 06104-2903
917-778-6600
By: Frederick D. Schmidt Jr.
fdschmidt@travelers.com

Application GRANTED. The July 5, 2022 conference is ADJOURNED to **August 3, 2022 at 11:00 am.** No later than **July 27, 2022,** the parties shall submit their joint Pre-Conference Statement (*see* Dkt. No. 14). SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge
June 28, 2022

.